United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**
No. 97-2013MN

| | | |
|---|---|---|
| William W. Swanson; | * | |
| | * | |
| Petitioner-Appellant, | * | |
| | * | |
| Thomas W. Bock; John Edward Allen; | * | |
| Brian L. Reigstad; Alan A. Orfi; Harry | * | |
| Gardner; Jeffrey A. Sebeck; Steven | * | |
| Krusel; Charles W. Ware; Charles R. | * | |
| Mitchell; Bruce Virgil Robinson; | * | |
| Richard J. Kellogg; Jason Hart; Jeffrey | * | Appeal from the United States |
| P. Hess; Brian J. Laramy; Lyf C. | * | District Court for the District |
| Wildenberg; Kevin Lamont Howard, | * | of Minnesota. |
| | * | |
| Petitioners, | * | [UNPUBLISHED] |
| | * | |
| v. | * | |
| | * | |
| Frank Wood; Dennis Benson; Fred G. | * | |
| Lafleur; Mary Hogan, of Minnesota | * | |
| Department of Corrections, or their | * | |
| successors, | * | |
| | * | |
| Respondents-Appellees. | * | |

_____

Submitted: February 6, 1998
Filed: February 11, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

William W. Swanson appeals the district court's denial of Swanson's petition for a writ of habeas corpus. Swanson contends corrections officers misconstrued the state's "good time" statute in violation of Swanson's constitutional rights. Having reviewed the record and the parties' submissions, we conclude the district court's judgment was correct. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.